# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hyman, Paul G. | U S Bankruptcy Court, SD FL | 04/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust 1 |
| 2. | 1987 Trustee | Trust 2 |
| 3. | 2010 Trustee | Martial Trust |
| 4. | 2012 Trustee | Trust #3 |
| 5. | 2012 Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Associate at Searcy Denney et al-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 04/13/2016 to 04/17/2016 | London England | Committee meeting | Transportation, meals, parking and lodging |
| 2. | Bankruptcy Bar Ass. | 05/12/2016 to 05/15/2016 | Marco Island, FL | Committee meeting | Transportation, meals, parking and lodging |
| 3. | UM Law School | 06/03/2016 | Miami, FL | CLE | Transportation |
| 4. | FL Bar | 06/15/2016 to 06/16/2016 | Orlando, FL | Committee meeting | Transportation, food, parking and lodging |
| 5. | FL Bar | 09/02/2016 to 09/05/2016 | Naples, FL | Committee meeting | Transportation, food, parking and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

| 6. | FL Bar | 11/02/2016 to 11/06/2016 | Tampa and Miami | CLE | Transportation, food, parking and lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amazon Com Inc | A | Dividend | L | T | Buy | 06/27/16 | L | | |
| 2. America First | A | Dividend | L | T | | | | | |
| 3. Apple Inc | A | Dividend | K | T | Buy | 03/18/16 | K | | |
| 4. Arista Network Inc | A | Dividend | | | Buy | 08/09/16 | J | | |
| 5. | | | | | Sold | 11/17/16 | K | B | |
| 6. Astrazi Neca PLC | A | Dividend | | | Sold | 12/02/16 | L | E | |
| 7. Bank America | A | Dividend | K | T | | | | | |
| 8. Capital Products Partners | A | Distribution | | | Sold | 02/16/16 | L | B | |
| 9. Cisco Sys, Inc | A | Dividend | K | T | | | | | |
| 10. Comscore Inc | A | Dividend | K | T | Buy | 08/29/16 | K | | |
| 11. Costco Corp | A | Dividend | L | T | | | | | |
| 12. Deere & Co | A | Dividend | | | Sold | 11/23/16 | L | D | |
| 13. Diebold Inc | A | Dividend | K | T | Buy | 09/29/16 | K | | |
| 14. Elililly Co | A | Dividend | L | T | Buy | 12/22/16 | L | | |
| 15. Emerson Elect Co | A | Dividend | K | T | | | | | |
| 16. Fifth Third Bank | A | Dividend | | | Buy | 05/19/16 | K | | |
| 17. | | | | | Sold | 12/15/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund America | A | Distribution | M | T | | | | | |
| 19. Home Depo | A | Dividend | | | Sold | 11/16/16 | K | B | |
| 20. Intel Corp | A | Dividend | L | T | | | | | |
| 21. Kinder Morgan Inc | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 22. Macquarie Infrastructure Corp | A | Dividend | M | T | | | | | |
| 23. Mattel Inc | A | Dividend | | | Sold | 02/02/16 | L | E | |
| 24. Mobile Eye NV | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 25. Mosaic | A | Dividend | K | T | Buy | 12/09/16 | K | | |
| 26. Mylan NV | A | Dividend | | | Buy | 03/16/16 | K | | |
| 27. | | | | | Sold | 05/13/16 | K | C | |
| 28. New York Bancorp | A | Dividend | L | T | | | | | |
| 29. North European Oil | A | Dividend | K | T | | | | | |
| 30. Nutanix Inc | A | Dividend | | | Buy | 09/30/16 | J | | |
| 31. | | | | | Sold | 10/28/16 | J | C | |
| 32. Oracle Corp | A | Dividend | K | T | | | | | |
| 33. Owens Ill Inc | A | Dividend | K | T | Buy | 02/29/16 | K | | |
| 34. | | | | | Sold | 05/12/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 11/06/16 | K | | |
| 36. Pacific Coast Oil | A | Distribution | | | Sold | 01/13/16 | J | A | |
| 37. PayPal Inc | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 38. PJT Partners Inc | A | Dividend | | | Sold | 07/19/16 | K | C | |
| 39. Quintiles Transnational Inc | A | Dividend | | | Sold | 11/16/16 | K | B | |
| 40. Royal Bank | A | Dividend | K | T | | | | | |
| 41. SPDR Index | A | Dividend | L | T | | | | | |
| 42. Stone Castle Fin Corpb | A | Dividend | K | T | | | | | |
| 43. Stryker Corp | A | Dividend | | | Sold | 11/16/16 | K | B | |
| 44. Toranto Dominion BK | A | Dividend | K | T | | | | | |
| 45. Met Life Financial | A | Dividend | J | T | | | | | |
| 46. Met Life | D | Interest | M | T | | | | | |
| 47. FL Environomental Bond | A | Interest | | | Sold | 07/01/16 | K | A | |
| 48. Wells Fargo Bank Account | A | Int./Div. | O | T | | | | | |
| 49. Enterprise Products Partners LP | A | Dividend | M | T | | | | | |
| 50. Ford Motor Co | A | Dividend | L | T | | | | | |
| 51. New Perspective FD | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Investment Co | B | Dividend | M | T | | | | | |
| 53. AMCAP Fund | A | Dividend | K | T | | | | | |
| 54. Western Union | A | Dividend | M | T | | | | | |
| 55. General Electric | B | Dividend | K | T | | | | | |
| 56. Martial Trust | | | | | | | | | |
| 57. Alon USA Energy inc | A | Dividend | K | T | | | | | |
| 58. American Airlines | A | Dividend | L | T | | | | | |
| 59. Astrazeneca PLC | A | Dividend | | | Sold | 12/02/16 | K | A | |
| 60. Badger Meter Inc | A | Dividend | | | Sold | 03/24/16 | K | | |
| 61. Capital Income | B | Dividend | | | Sold | 02/16/16 | N | E | |
| 62. Capital Product Partners | A | Distribution | L | T | | | | | |
| 63. Covanta Holding Corp | A | Dividend | K | T | | | | | |
| 64. Cummins Inc | A | Dividend | | | Sold | 08/12/16 | K | C | |
| 65. Devon Energy Corp | A | Dividend | K | T | | | | | |
| 66. Doctor's Ready Lab | A | Dividend | | | Sold | 07/15/16 | K | C | |
| 67. Du Pont | A | Dividend | L | T | | | | | |
| 68. Emerson Elect LTD | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Fifth Str SR | A | Dividend | K | T | | | | | |
| 70. | General Motors, Inc | A | Dividend | K | T | | | | | |
| 71. | Glaxosmith PLC | A | Dividend | | | Sold | 12/02/16 | K | A | |
| 72. | Growth America Fund | A | Dividend | M | T | | | | | |
| 73. | Hanesbrand Inc | A | Dividend | | | Buy | 10/11/16 | K | | |
| 74. | | | | | | Sold | 12/19/16 | K | B | |
| 75. | Horizon Tech Corp | A | Dividend | | | Sold | 07/13/16 | L | D | |
| 76. | International Game | A | Dividend | | | Sold | 10/10/16 | K | A | |
| 77. | International Paper | A | Dividend | | | Buy | 08/25/16 | K | | |
| 78. | | | | | | Sold | 12/15/16 | K | B | |
| 79. | Jet Blue Corp | A | Dividend | L | T | | | | | |
| 80. | Kinder Morgan Inc | A | Dividend | | | Sold | 12/02/16 | J | A | |
| 81. | Lennar Corp | A | Dividend | K | T | | | | | |
| 82. | Mylan NV | A | Dividend | | | Sold | 05/13/16 | K | C | |
| 83. | Nestle S A | A | Dividend | K | T | | | | | |
| 84. | Olin Corp | A | Dividend | | | Buy | 07/25/16 | K | | |
| 85. | | | | | | Sold | 12/15/16 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oshkosh Corp | A | Dividend | | | Sold | 11/17/16 | K | C | |
| 87. Pacific Coast Oil | A | Dividend | | | Sold | 12/02/16 | K | D | |
| 88. Pepsico Inc | A | Dividend | L | T | | | | | |
| 89. Plains All American Pipeline | A | Distribution | K | T | | | | | |
| 90. Relypsa Inc | A | Dividend | | | Buy | 06/02/16 | K | | |
| 91. | | | | | Sold | 07/21/16 | K | E | |
| 92. Rolls Royce Holdings | A | Dividend | | | Sold | 11/22/16 | J | B | |
| 93. Scorpio tankers Inc | A | Dividend | | | Sold | 11/22/16 | K | B | |
| 94. Steel Case Inc | A | Dividend | | | Sold | 11/17/16 | K | A | |
| 95. Tidewater, Inc | A | Dividend | | | Sold | 08/11/16 | J | A | |
| 96. Transcanada Corp | A | Dividend | K | T | | | | | |
| 97. Trinity Industries | A | Dividend | L | T | | | | | |
| 98. Unilever PLC | A | Distribution | K | T | Sold (part) | 12/02/16 | J | A | |
| 99. United Bank Shares | A | Dividend | L | T | | | | | |
| 100. United Health Inc | A | Dividend | K | T | Sold (part) | 12/02/16 | J | A | |
| 101. United Parcel Service | A | Dividend | L | T | | | | | |
| 102. Williams Cos Inc | A | Dividend | | | Sold | 01/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Zoetis, Inc | A | Dividend | K | T | Buy | 03/29/16 | K | | |
| 104. Wife | | | | | | | | | |
| 105. Searcy Denny Defined Contribution Pension Plan Adminis by John Hancock | B | Distribution | L | T | | | | | |
| 106. Amazon Com | A | Dividend | K | T | Buy | 06/30/16 | K | | |
| 107. Bank Of America | A | Dividend | K | T | | | | | |
| 108. Biolase Inc(X) | A | Dividend | J | T | | | | | |
| 109. CBS Corp | A | Dividend | K | T | Buy | 04/13/16 | K | | |
| 110. CitiGroup(X) | A | Dividend | J | T | | | | | |
| 111. Cognizant Tech | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 112. EuroPacific Growth | A | Dividend | J | T | | | | | |
| 113. Ford Motor Company(X) | A | Dividend | J | T | | | | | |
| 114. General Elect(X) | A | Dividend | K | T | | | | | |
| 115. Growth Fund America | A | Dividend | J | T | | | | | |
| 116. Investment Co America | A | Dividend | J | T | | | | | |
| 117. JDS Uniphase Corp(X) | A | Dividend | | | Sold | 05/16/16 | K | C | |
| 118. Viavi Solutions, Inc | A | Dividend | J | T | | | | | |
| 119. Monster Beverage Corp(X) | A | Dividend | J | T | Sold (part) | 05/25/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New Perspective | A | Dividend | J | T | | | | | |
| 121. Terex Corp | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 122. Six Flags Entertainmaent | A | Dividend | | | Sold | 08/16/16 | K | B | |
| 123. Zynga Inc(X) | A | Dividend | J | T | | | | | |
| 124. Trust #3 | | | | | | | | | |
| 125. CA Res Corp | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 126. Boeing CO | A | Dividend | | | Sold | 03/18/16 | K | C | |
| 127. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 128. Badger | A | Dividend | J | T | Sold (part) | 03/30/16 | K | B | |
| 129. Franklin Strategic FD | A | Dividend | | | Sold | 03/21/16 | K | B | |
| 130. Microsoft Corp | A | Dividend | L | T | | | | | |
| 131. Mylan NV | A | Dividend | | | Sold | 08/30/16 | K | B | |
| 132. Oshkosh | A | Dividend | K | T | | | | | |
| 133. Tupperware Corp | A | Dividend | | | Sold | 08/22/16 | K | B | |
| 134. Viacon Inc | A | Dividend | | | Buy | 05/24/16 | K | | |
| 135. | | | | | Sold | 12/19/16 | K | A | |
| 136. Zoetis Inc | A | Dividend | L | T | Buy | 07/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Legg Mason Partners | A | Dividend | J | T | Sold (part) | 12/06/16 | J | A | |
| 138. Trust # 4 | | | | | | | | | |
| 139. CA Res Corp | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 140. Oppenheimer Growth | A | Dividend | | | Sold | 02/26/16 | K | C | |
| 141. Boeing Co | A | Dividend | K | T | | | | | |
| 142. American Airlines | A | Dividend | K | T | Buy | 06/30/16 | K | | |
| 143. Amer Mutual Fd | A | Dividend | | | Sold | 02/24/16 | M | E | |
| 144. AMCAP Fund | A | Dividend | M | T | Buy (add'l) | 06/28/16 | K | | |
| 145. | | | | | Sold (part) | 03/16/16 | K | C | |
| 146. Amer Balance Fund | A | Dividend | M | T | Buy (add'l) | 07/14/16 | L | | |
| 147. | | | | | Sold (part) | 03/01/16 | J | B | |
| 148. Abbott laboratories | A | Dividend | J | T | | | | | |
| 149. Amcap Fund | A | Dividend | | | Sold | 02/22/16 | M | E | |
| 150. Amer Mutual Fund | A | Dividend | K | T | Buy (add'l) | 06/30/16 | K | | |
| 151. American Airlines | A | Dividend | K | T | | | | | |
| 152. Amgen Inc | A | Dividend | J | T | Buy (add'l) | 06/30/16 | J | | |
| 153. Badger Meter Inc | A | Dividend | | | Sold | 03/30/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CBS Corp | A | Dividend | J | T | | | | | |
| 155. Disney Walt Co | B | Dividend | J | T | | | | | |
| 156. General Motors | A | Dividend | | | Sold | 03/02/16 | K | C | |
| 157. International Paper Co | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 158. Investment Co | A | Dividend | | | Sold | 05/24/16 | K | D | |
| 159. J P Morgn | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 160. Medtronic Inc | A | Dividend | | | Sold | 03/16/16 | K | A | |
| 161. Microsoft Corp | A | Dividend | | | Sold | 07/14/16 | K | C | |
| 162. Mylan NV | A | Dividend | | | Sold | 08/30/16 | K | B | |
| 163. NCR Corp | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 164. Oracle Corp | A | Dividend | K | T | Buy (add'l) | 06/30/16 | K | | |
| 165. Oshkosh Corp | A | Dividend | K | T | | | | | |
| 166. Owens Inc | A | Dividend | | | Buy | 02/29/16 | K | | |
| 167. | | | | | Sold | 05/12/16 | K | C | |
| 168. Pepsico Inc | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 169. Viacom inc | A | Dividend | | | Buy | 05/27/16 | K | | |
| 170. | | | | | Sold | 12/19/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Zoetis Inc | A | Dividend | L | T | Buy | 04/01/16 | K | | |
| 172. Franklin Strategic | A | Dividend | K | T | Sold (part) | 07/14/16 | K | C | |
| 173. Legg Mason Partners | A | Dividend | L | T | Sold (part) | 09/02/16 | J | A | |
| 174. Wells fargo | A | Dividend | L | T | Buy | 09/30/16 | L | | |
| 175. Lyondellbasel NV | A | Dividend | K | T | Buy | 05/12/16 | L | | |
| 176. Baskem SA | A | Dividend | K | T | Buy | 12/27/16 | L | | |
| 177. Global Med REIT | A | Dividend | L | T | Buy | 06/29/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 04/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2 have no assets.

Please note that the notations on lines 56,104,124 & 138 are merely to make it easier for me to ascertain which assets are owned by what entity.

Please note that the investment listed on line 221 is a Defined Contribution Pension Plan which vested on January 2, 2014. It is administered by John Hancock. It is not a self-directed plan. My wife can only select a general investment strategy for the plan. Fifty percent is invested in a growth fund and 50% is invested in an income and growth fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544